# UNITED STATES DISTRICT COURT

| EASTERN | DISTRICT OF | TENNESSEE |

UNITED STATES OF AMERICA

V.

LONNIE GENE GREER, JR.

**EXHIBIT AND WITNESS LIST**

Case Number: 2:13-CR-73

| PRESIDING JUDGE<br>DENNIS H. INMAN | PLAINTIFF'S ATTORNEY<br>J. GREGORY BOWMAN | DEFENDANT'S ATTORNEY<br>TIM S. MOORE |
|---|---|---|
| TRIAL DATE (S)<br>DETENTION HEARING | COURT REPORTER<br>KAREN BRADLEY | COURTROOM DEPUTY<br>KIM OTTINGER |

| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS* AND WITNESSES |
|---|---|---|---|---|---|
|  |  | 8/27/13 |  |  |  |
| 1 |  |  | X |  | Pretrial Service Report (SEALED) |

* Include a notation as to the location of any exhibit not held with the case file or not available because of size.

Page 1 of  1  Pages